JJD:CCC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PETER CORIDEO,

          Defendant.

- - - - - - - - - - - - - - - - - X

MJ-11-1048

FILED UNDER SEAL

COMPLAINT AND AFFIDAVIT IN SUPPORT OF ARREST WARRANT

(T. 18, U.S.C., § 1709)

EASTERN DISTRICT OF NEW YORK, SS:

      KEITH BOYCE, being duly sworn, deposes and says that he is a Special Agent for the United States Postal Service, Office of Inspector General ("U.S.P.S. OIG"), duly appointed according to law and acting as such.

      On or about October 17, 2011, within the Eastern District of New York, the defendant PETER CORIDEO, being a United States Postal Service employee, did knowingly and unlawfully steal, abstract and remove from letters, packages and mail, articles and things contained therein.

      (Title 18, United States Code, Section 1709).

      The source of your deponent's information and the grounds for his belief are as follows.[1]:

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

1. I have been a Special Agent of the U.S.P.S. OIG for approximately six years. During my tenure with the U.S.P.S. OIG, I have participated in numerous theft of mail investigations, during the course of which I have conducted surveillance, reviewed numerous recorded conversations and interviewed cooperating sources.

2. The defendant PETER CORIDEO is an employee of the United States Postal Service and is employed as a Clerk at the Shirley Post Office in Shirley, New York.

3. In September 2011, your deponent received information that the defendant PETER CORIDEO was believed to have stolen United States mail, which contained tax refund checks from the United States Department of Treasury. In October 2011, your deponent began an investigation into the actions of the defendant.

4. On or about October 17, 2011, a confidential source ("CS"), acting at the direction of law enforcement officers, put approximately 40 pieces of United States mail, which contained tax refund checks, on the defendant PETER CORIDEO's supervisor's desk. Prior to placing that mail on the defendant's supervisor's desk, the CS counted and made copies of all the mail.

5. At approximately 7:45 p.m. on October 17, 2011, after the Shirley Post Office had closed, the defendant PETER CORIDEO entered the Shirley Post Office. He went into his supervisor's office, walked over to the desk and took a stack of

envelopes that contained the tax refund checks. A video surveillance camera recorded the defendant entering his supervisor's office and removing the United States mail.

   6. On October 18, 2011, the CS counted the number of envelopes and noticed that approximately 24 had been stolen.

   WHEREFORE, based on the aforementioned information, your deponent respectfully requests that an arrest warrant be issued for the defendant PETER CORIDEO so that he may be dealt with according to law. Because disclosure of the contents of this Complaint and Affidavit would jeopardize an ongoing investigation and threaten the safety of witnesses, it is further requested that this Complaint and Affidavit and the Arrest Warrant be filed under sealed and remain under seal until further order of the Court.

_____
KEITH BOYCE
Special Agent-U.S.P.S. OIG

Sworn to before me this
24th day of October, 2011

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK