# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

July 20, 2012

Hon. Sandra J. Feuerstein
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11787

                Re:    United States v. Peter Corideo
                           Criminal Docket No. 11-CR-0779

Dear Judge Feuerstein:

     Pursuant to our phone conversation with Cambers on July 20, 2012, this letter is to acknowledge that the status conference scheduled for July 26, 2012, is adjourned and the next conference in this matter is scheduled for September 11, 2012 at 11:15am. We asked for this adjournment so that both parties can continue with further settlement negations.

     This letter also acknowledges that I have discussed the speedy trial rules with my client and he has authorized me to inform the Court that he understands said rules and hereby agrees to waive speedy trial from July 26, 2012 to and including September 11, 2012.

                                                             Respectfully submitted,

                                                            Joseph R. Conway

cc:    AUSA Chris Caffarone